# EXHIBIT "D"

| Date | Debtor | Check No. | Transferee | Amounts Paid to Transferee | Amounts Received from Transferee |
|---|---|---|---|---|---|
| **Four Year Transfers** | | | | | |
| 01/19/2017 | QSA LLC | 3048 | Phil Mannoni | 5,000.87 | - |
| 01/20/2017 | QSA LLC | Wire In | Phil Mannoni | - | (10,017.22) |
| 01/31/2017 | QSA LLC | 3053 | Phil Mannoni | 500.86 | - |
| 02/16/2017 | QSA LLC | 3101 | Phil Mannoni | 500.97 | - |
| 02/16/2017 | QSA LLC | 3098 | Phil Mannoni | 1,000.96 | - |
| 02/17/2017 | QSA LLC | Wire In | Phil Mannoni | - | (10,017.22) |
| 02/23/2017 | QSA LLC | 3123* | Phil Mannoni | 500.86 | - |
| 02/23/2017 | QSA LLC | 3120* | Phil Mannoni | 1,250.98 | - |
| 03/23/2017 | QSA LLC | 3182 | Phil Mannoni | 2,500.86 | - |
| 03/23/2017 | QSA LLC | 3175 | Phil Mannoni | 1,251.00 | - |
| 03/23/2017 | QSA LLC | 3172 | Phil Mannoni | 501.00 | - |
| 04/06/2017 | QSA LLC | 3206 | Phil Mannoni | 1,251.02 | - |
| 05/05/2017 | QSA LLC | 3242 | Phil Mannoni | 501.03 | - |
| 05/11/2017 | QSA LLC | 3250 | Phil Mannoni | 501.04 | - |
| 05/25/2017 | QSA LLC | 3270 | Phil Mannoni | 2,501.06 | - |
| 05/25/2017 | QSA LLC | 3267 | Phil Mannoni | 2,501.06 | - |
| 06/02/2017 | QSA LLC | 3281 | Phil Mannoni | 1,251.03 | - |
| 06/12/2017 | QSA LLC | 3293 | Phil Mannoni | 501.08 | - |
| 06/23/2017 | QSA LLC | 3329 | Phil Mannoni | 501.09 | - |
| 06/29/2017 | QSA LLC | 3361* | Phil Mannoni | 15,000.00 | - |
| 07/10/2017 | QSA LLC | 3365* | Phil Mannoni | 750.00 | - |
| 07/13/2017 | QSA LLC | Wire In | Phil Mannoni | - | (10,022.25) |
| 07/21/2017 | QSA LLC | 3398 | Phil Mannoni | 501.11 | - |
| 07/27/2017 | QSA LLC | 3434 | Phil Mannoni | 250.58 | - |
| 07/27/2017 | QSA LLC | 3430 | Phil Mannoni | 1,250.58 | - |
| 07/27/2017 | QSA LLC | 3425 | Phil Mannoni | 2,501.16 | - |
| 07/27/2017 | QSA LLC | 3421* | Phil Mannoni | 2,501.16 | - |
| 08/03/2017 | QSA LLC | 3476 | Phil Mannoni | 1,250.95 | - |
| 08/03/2017 | QSA LLC | 3461 | Phil Mannoni | 1,250.00 | - |
| 08/03/2017 | QSA LLC | 3452 | Phil Mannoni | 375.58 | - |
| 08/11/2017 | QSA LLC | 3513 | Phil Mannoni | 1,250.60 | - |
| 08/11/2017 | QSA LLC | 3505 | Phil Mannoni | 501.19 | - |
| 08/11/2017 | QSA LLC | 3494 | Phil Mannoni | 501.05 | - |
| 08/11/2017 | QSA LLC | 3487 | Phil Mannoni | 250.59 | - |
| 08/17/2017 | QSA LLC | 3541 | Phil Mannoni | 250.60 | - |
| 08/17/2017 | QSA LLC | 3529 | Phil Mannoni | 1,250.00 | - |
| 08/24/2017 | QSA LLC | 3553 | Phil Mannoni | 250.61 | - |
| 08/24/2017 | QSA LLC | 3549 | Phil Mannoni | 250.48 | - |

| Date | Debtor | Check No. | Transferee | Amounts Paid to Transferee | Amounts Received from Transferee |
|---|---|---|---|---|---|
| 08/25/2017 | QSA LLC | 3564* | Phil Mannoni | 75,000.00 | - |
| 08/31/2017 | QSA LLC | 3609 | Phil Mannoni | 1,250.00 | - |
| 08/31/2017 | QSA LLC | 3587* | Phil Mannoni | 250.00 | - |
| 08/31/2017 | QSA LLC | 3577 | Phil Mannoni | 501.19 | - |
| 09/07/2017 | QSA LLC | 3662 | Phil Mannoni | 250.63 | - |
| 09/07/2017 | QSA LLC | 3656 | Phil Mannoni | 3,751.23 | - |
| 09/07/2017 | QSA LLC | 3649 | Phil Mannoni | 250.62 | - |
| 09/07/2017 | QSA LLC | 3647 | Phil Mannoni | 3,750.00 | - |
| 09/07/2017 | QSA LLC | 3642 | Phil Mannoni | 1,251.02 | - |
| 09/07/2017 | QSA LLC | 3639 | Phil Mannoni | 501.12 | - |
| 09/07/2017 | QSA LLC | 3629 | Phil Mannoni | 250.61 | - |
| 09/07/2017 | QSA LLC | 3625 | Phil Mannoni | 250.60 | - |
| 09/07/2017 | QSA LLC | 3617 | Phil Mannoni | 250.61 | - |
| 09/14/2017 | QSA LLC | 3684 | Phil Mannoni | 250.62 | - |
| 09/14/2017 | QSA LLC | 3678 | Phil Mannoni | 250.63 | - |
| 09/14/2017 | QSA LLC | 3674 | Phil Mannoni | 250.62 | - |
| 09/14/2017 | QSA LLC | 3670 | Phil Mannoni | 250.00 | - |
| 09/29/2017 | QSA LLC | 3720* | Phil Mannoni | 125.96 | - |
| 09/29/2017 | QSA LLC | 3716* | Phil Mannoni | 125.32 | - |
| 10/13/2017 | QSA LLC | 3737 | Phil Mannoni | 2,500.58 | - |
| 10/27/2017 | QSA LLC | 3766* | Phil Mannoni | 250.65 | - |
| 11/03/2017 | QSA LLC | 3789* | Phil Mannoni | 125.33 | - |
| 11/16/2017 | QSA LLC | 3825* | Phil Mannoni | 250.66 | - |
| 11/16/2017 | QSA LLC | 3818* | Phil Mannoni | 125.33 | - |
| 11/16/2017 | QSA LLC | 3810* | Phil Mannoni | 125.66 | - |
| 11/24/2017 | QSA LLC | 3831 | Phil Mannoni | 2,502.66 | - |
| 12/01/2017 | QSA LLC | 3838 | Phil Mannoni | 250.67 | - |
| 12/07/2017 | QSA LLC | 3849 | Phil Mannoni | 125.34 | - |
| 12/14/2017 | QSA LLC | 3857 | Phil Mannoni | 125.34 | - |
| **Two Year Transfers** | | | | | |
| 1/2/2018 | QSA LLC | 8501 | Phil Mannoni | 250.68 | - |
| 01/19/2018 | QSA LLC | 8554 | Phil Mannoni | 1,250.00 | - |
| 01/26/2018 | QSA LLC | 8560 | Phil Mannoni | 625.69 | - |
| 02/02/2018 | QSA LLC | 8573 | Phil Mannoni | 250.00 | - |
| 02/20/2018 | QSA LLC | 8602 | Phil Mannoni | 625.69 | - |
| 03/02/2018 | QSA LLC | 8651 | Phil Mannoni | 1,250.00 | - |
| 03/02/2018 | QSA LLC | 8648 | Phil Mannoni | 250.00 | - |
| 03/30/2018 | QSA LLC | 8718 | Phil Mannoni | 2,500.00 | - |
| 04/09/2018 | QSA LLC | 8759 | Phil Mannoni | 1,250.00 | - |

| Date | Debtor | Check No. | Transferee | Amounts Paid to Transferee | Amounts Received from Transferee |
|---|---|---|---|---|---|
| 04/09/2018 | QSA LLC | 8751 | Phil Mannoni | 250.00 | - |
| 04/20/2018 | QSA LLC | 8812 | Phil Mannoni | 625.71 | - |
| 04/30/2018 | QSA LLC | 8839 | Phil Mannoni | 250.00 | - |
| 05/04/2018 | QSA LLC | 8846 | Phil Mannoni | 625.71 | - |
| 05/04/2018 | QSA LLC | 8854 | Phil Mannoni | 625.70 | - |
| 05/04/2018 | QSA LLC | 8850 | Phil Mannoni | 125.36 | - |
| 05/10/2018 | QSA LLC | 8911 | Phil Mannoni | 625.71 | - |
| 05/10/2018 | QSA LLC | 8887 | Phil Mannoni | 625.00 | - |
| 06/01/2018 | QSA LLC | 8964 | Phil Mannoni | 1,000.72 | - |
| 06/01/2018 | QSA LLC | 8958 | Phil Mannoni | 625.72 | - |
| 06/08/2018 | QSA LLC | 9022 | Phil Mannoni | 625.00 | - |
| 06/08/2018 | QSA LLC | 8985 | Phil Mannoni | 250.00 | - |
| 06/14/2018 | QSA LLC | 9054 | Phil Mannoni | 625.72 | - |
| 06/14/2018 | QSA LLC | 9039 | Phil Mannoni | 625.72 | - |
| 06/14/2018 | QSA LLC | 9035 | Phil Mannoni | 625.72 | - |
| 06/14/2018 | QSA LLC | 9057 | Phil Mannoni | 247.50 | - |
| 06/21/2018 | QSA LLC | 9085 | Phil Mannoni | 625.72 | - |
| 06/21/2018 | QSA LLC | 9079 | Phil Mannoni | 625.72 | - |
| 06/21/2018 | QSA LLC | 9089 | Phil Mannoni | 125.48 | - |
| 06/29/2018 | QSA LLC | 9102 | Phil Mannoni | 5,000.00 | - |
| 06/29/2018 | QSA LLC | 9106 | Phil Mannoni | 1,250.72 | - |
| 06/29/2018 | QSA LLC | 9098 | Phil Mannoni | 625.72 | - |
| 07/09/2018 | QSA LLC | 9150 | Phil Mannoni | 625.00 | - |
| 08/03/2018 | QSA LLC | 9253 | Phil Mannoni | 2,500.73 | - |
| 08/03/2018 | QSA LLC | 9249 | Phil Mannoni | 625.72 | - |
| 08/13/2018 | QSA LLC | 9328 | Phil Mannoni | 625.00 | - |
| 10/04/2018 | QSA LLC | 9491 | Phil Mannoni | 625.74 | - |
| 10/19/2018 | QSA LLC | 9522 | Phil Mannoni | 18.75 | - |
| 11/19/2018 | QSA LLC | 9736 | Phil Mannoni | 18.75 | - |
| 12/14/2018 | QSA LLC | 9762 | Phil Mannoni | 625.75 | - |
| 12/14/2018 | QSA LLC | 9780 | Phil Mannoni | 18.75 | - |
| 01/28/2019 | QSA LLC | 9938 | Phil Mannoni | 18.75 | - |
| **Two Year Transfers SUBTOTAL** | | | | 30,587.65 | - |
| **Four Year Transfers Total** | | | | 178,383.66 | (30,056.69) |

| | | |
|---|---|---|
| **Two Year NET Transfers** | | $ 30,587.65 |
| **Four Year NET Transfers** | | $ 148,326.97 |