Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

NVB 7064 (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-S-19-18056-ABL **(Lead Case)** |
| WELSCORP, INC. | **Consolidated under BK-S-19-18056-ABL with:** |
| Debtor. | Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>PHIL MANNONI<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01177-ABL<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On February 10, 2022 a judgment was entered in the docket of the above-titled Court and action in favor of Lenard Schwartzer, Chapter 7 Trustee, as Judgment Creditor, and against Phil Mannoni, as Judgment Debtor, for:

$148,326.97   Principal
$0.00             Attorney Fees
$0.00             Interest, and
$0.00             costs, making a total amount of

$148,326.97   JUDGMENT AS ENTERED

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

$2,135.38     Accrued interest, and
$0.00     Accrued costs and fees, making a total of
$2,135.38     ACCRUED INTEREST, COSTS AND FEES

Credit must be given for payments and partial satisfaction in the amount of:

$4,830.76     Which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 145,631.59   ACTUALLY DUE on the date of issuance of this writ, of which (Clerk to Complete)

$145,631.59   Is due on the Judgment as entered, and bears interest at 0.94% per annum, in the amount of APPX. $3.82 PER DAY, from the date of entry of the judgment to the date of issuance of this writ, to which must be added the accrued costs and fees and the commissions and cost of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of the sale under the writ of execution ☐ has or ■ Has not been requested. The following named persons have requested such notice of sale:

NAME          ADDRESS

     YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and cost as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hourly wage prescribed by section 6 (a)(1) of the Federal Fair Labor Standards Act of 1938 [29 USC 206 (a) (1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.



Digitally signed by Nichole Carruth
Date: 2023.08.23 15:25:42 -07'00'

By_____

Deputy Clerk